Joe EVANS, Employee–Appellant,

v.

PROCTER & GAMBLE PAPER PRODUCTS, Self–insured C/O Gates McDonald, Employer/Self–Insurer/Respondent.

No. 73017.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 28, 1998.

Robert A. Bedell, P.C., St. Louis, for appellant.

Paul D. Larimore, Kevin L. Geisler, Evans & Dixon, St. Louis, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

This is an appeal from a ruling of the Labor & Industrial Relations Commission denying Evans benefits under a worker's compensation claim. The Commission affirmed the determination of an Administrative Law Judge, who ruled that Evans failed to give actual notice to his employer and failed to prove that his employer was not prejudiced by the lack of actual notice.

The order of the administrative agency is supported by competent and substantial evidence on the whole record. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the facts and reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).

Donnie HOLMES, Appellant,

v.

STATE of Missouri, Respondent.

No. 73371.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 28, 1998.

Jane Berman, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

### ORDER

PER CURIAM.

Movant Donnie Holmes pled guilty to first degree robbery in violation of section 569.020, RSMo 1994 and armed criminal action in violation of section 571.015, RSMo 1994. Movant appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without a hearing.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion reciting the detailed facts and restating principles of law would have no jurisprudential or precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).